## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NetMomentum LLC, | |
|       Plaintiff, | |
|     v. | C.A. No. 25-1480-MN |
| Bibliotheca, LLC, | |
|       Defendant. | |

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

WHEREAS, Plaintiff served Defendant Bibliotheca, LLC on December 12, 2025 (D.I. 6) with the answer due on January 2, 2026; and

WHEREAS, the parties wish to extend this deadline by 30 days;

Now therefore, IT IS STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that the deadline for Defendant Bibliotheca LLC to respond to the Complaint shall be extended to February 2, 2026 (from January 2, 2026).

Dated: December 31, 2025

| | |
|---|---|
| **SILVERMAN, McDONALD & FRIEDMAN** | **SMITH KATZENSTEIN & JENKINS LLP** |
| /s/ Brian E. Lutness | /s/ Daniel A. Taylor |
| Brian E. Lutness (#3572) | Neal C. Belgam (No. 2721) |
| 1523 Concord Pike, Suite 400 | Daniel A. Taylor (No. 6934) |
| Wilmington, DE 19803 | 1000 N. West Street, Suite 1501 |
| (302) 888-2900 | Wilmington, DE 19801 |
| brian@silverman-mcdonald.com | (302) 652-8400 |
| | nbelgam@skjlaw.com |
| *Attorneys for Plaintiff NetMomentum LLC* | dtaylor@skjlaw.com |
| | *Attorneys for Defendant Bibliotheca, LLC* |

SO ORDERED this ____ day of _____ 202_.

_____
The Honorable Maryellen Noreika
United States District Judge