# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETMOMENTUM LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BIBLIOTHECA, LLC,<br><br>    Defendant. | C.A. No. 25-1480-MN |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

WHEREAS, Plaintiff served Defendant Bibliotheca, LLC on December 12, 2025 (D.I. 6) with the answer due on January 2, 2026;

WHEREAS, the deadline for Defendant to respond to the Complaint was first extended to February 2, 2026 (D.I. 7, So Ordered, January 2, 2026) and again to February 16, 2026 (D.I. 8, So Ordered, February 2, 2026);

WHEREAS, in order to further facilitate a potential settlement, the parties wish to extend this deadline by an additional 14 days;

Now therefore, IT IS STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that the deadline for Defendant Bibliotheca LLC to respond to the Complaint shall be extended to March 2, 2026 (from February 16, 2026).

Dated: February 13, 2026

| | |
|---|---|
| **SILVERMAN, McDONALD & FRIEDMAN** | **SMITH KATZENSTEIN & JENKINS LLP** |
| */s/ Brian E. Lutness* | */s/ Daniel A. Taylor* |
| Brian E. Lutness (#3572) | Neal C. Belgam (No. 2721) |
| 1523 Concord Pike, Suite 400 | Daniel A. Taylor (No. 6934) |
| Wilmington, DE 19803 | 1000 N. West Street, Suite 1501 |
| (302) 888-2900 | Wilmington, DE 19801 |
| brian@silverman-mcdonald.com | (302) 652-8400 |
| | nbelgam@skjlaw.com |
| *Attorneys for Plaintiff NetMomentum LLC* | dtaylor@skjlaw.com |
| | *Attorneys for Defendant Bibliotheca, LLC* |

SO ORDERED this ____ day of _____ 2026.

_____
The Honorable Maryellen Noreika
United States District Judge