## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETMOMENTUM LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BIBLIOTHECA, LLC,<br><br>    Defendant. | C.A. No. 25-1480-MN |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

WHEREAS, Plaintiff served Defendant Bibliotheca, LLC on December 12, 2025 (D.I. 6) with the answer due on January 2, 2026;

WHEREAS, the deadline for Defendant to respond to the Complaint was first extended to February 2, 2026 (D.I. 7, So Ordered, January 2, 2026), again to February 16, 2026 (D.I. 8, So Ordered, February 2, 2026), and most recently to March 2, 2026 (D.I. 9, So Ordered, February 12, 2026;

WHEREAS, the parties have agreed in principle to settle the case and are finalizing the associated details; and

WHEREAS, in order to further facilitate a potential settlement, the parties wish to extend this deadline by an additional 14 days;

Now therefore, IT IS STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that the deadline for Defendant Bibliotheca LLC to respond to the Complaint shall be extended to March 16, 2026 (from March 2, 2026).

Dated: March 2, 2026

| | |
|---|---|
| **SILVERMAN, McDONALD & FRIEDMAN** | **SMITH KATZENSTEIN & JENKINS LLP** |
| */s/ Brian E. Lutness* <br> Brian E. Lutness (#3572) <br> 1523 Concord Pike, Suite 400 <br> Wilmington, DE 19803 <br> (302) 888-2900 <br> brian@silverman-mcdonald.com <br><br> *Attorneys for Plaintiff NetMomentum LLC* | */s/ Daniel A. Taylor* <br> Neal C. Belgam (No. 2721) <br> Daniel A. Taylor (No. 6934) <br> 1000 N. West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> dtaylor@skjlaw.com <br><br> *Attorneys for Defendant Bibliotheca, LLC* |

SO ORDERED this \_\_\_\_ day of _____ 2026.

_____
The Honorable Maryellen Noreika
United States District Judge