# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NetMomentum LLC,** | C.A. No. 25-1480-MN |
| Plaintiff | |
| v. | |
| **Bibliotheca, LLC,** | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

Dated: March 16, 2026

| | |
|---|---|
| **SILVERMAN, McDONALD & FRIEDMAN** | **SMITH KATZENSTEIN & JENKINS LLP** |
| */s/ Brian E. Lutness* | */s/ Daniel A. Taylor* |
| Brian E. Lutness (#3572) | Neal C. Belgam (No. 2721) |
| 1523 Concord Pike, Suite 400 | Daniel A. Taylor (No. 6934) |
| Wilmington, DE 19803 | 1000 N. West Street, Suite 1501 |
| (302) 888-2900 | Wilmington, DE 19801 |
| brian@silverman-mcdonald.com | (302) 652-8400 |
| | nbelgam@skjlaw.com |
| *Of Counsel:* | dtaylor@skjlaw.com |
| Isaac Rabicoff | |
| RABICOFF LAW LLC | *Attorneys for Defendant Bibliotheca, LLC* |
| 4311 N Ravenswood Ave Suite 315 | |
| Chicago, IL 60613 | |
| 773-669-4590 | |
| isaac@rabilaw.com | |
| | |
| *Attorneys for Plaintiff NetMomentum LLC* | |

Dated: March 16, 2026

| | |
|---|---|
| **SILVERMAN, McDONALD & FRIEDMAN** | **SMITH KATZENSTEIN & JENKINS LLP** |
| */s/ Brian E. Lutness* | */s/ Daniel A. Taylor* |
| Brian E. Lutness (#3572) | Neal C. Belgam (No. 2721) |
| 1523 Concord Pike, Suite 400 | Daniel A. Taylor (No. 6934) |
| Wilmington, DE 19803 | 1000 N. West Street, Suite 1501 |
| (302) 888-2900 | Wilmington, DE 19801 |
| brian@silverman-mcdonald.com | (302) 652-8400 |
| | nbelgam@skjlaw.com |
| *Of Counsel:* | dtaylor@skjlaw.com |
| Isaac Rabicoff | |
| RABICOFF LAW LLC | *Attorneys for Defendant Bibliotheca, LLC* |
| 4311 N Ravenswood Ave Suite 315 | |
| Chicago, IL 60613 | |
| 773-669-4590 | |
| isaac@rabilaw.com | |
| | |
| *Attorneys for Plaintiff NetMomentum LLC* | |